IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| ALLEN BEASLEY, #563096 | § | |
| VS. | § | CIVIL ACTION NO. 5:04cv188 |
| DIRECTOR, TDCJ-CID | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven.  The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case.  The Report noted that (1) this is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 but that Petitioner's claims are civil rights claims; (2) on November 15, 2004, this Court ordered the Clerk's office to send to Petitioner a standardized civil rights complaint form and ordered that Petitioner had thirty days from the receipt thereof to properly complete and file his complaint and to submit the $150.00 filing fee; (3) Petitioner was warned that failure to comply with the Court's order might result in dismissal of this cause of action; (4) the Court received notice of Petitioner's November 19, 2004, receipt of the Court's order, and (5) Petitioner has not submitted a properly completed civil rights complaint form and has not paid the $150.00 filing fee.

On April 20, 2005, Petitioner filed a motion for extension of time in which to comply with the Court's order that he properly complete and file his civil rights complaint with the Clerk of the Court and pay his $150.00 filing fee.  This Court will construe the motion as objections to the Report.  Petitioner's objections assert that he needs time to prepare his civil rights complaint.

This Court made a *de novo* review of Petitioner's objections.  A dismissal without prejudice will not preclude Petitioner from filing his civil rights complaint; consequently, Petitioner's objections lack merit.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITHOUT PREJUDICE** and that the statute of limitations is tolled for ninety days; and

**ORDERS** that all motions not previously ruled on are denied.

**SIGNED this 11th day of May, 2005.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE